IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | * | |
| PNC BANK, NATIONAL | | |
| ASSOCIATION, successor to | * | |
| NATIONAL CITY BANK | | |
| Plaintiff | * | |
| | | Civil Action No. 1:10-cv-20 |
| v. | * | |
| | | |
| AUGUSTA APARTMENTS, LLC, a West | * | |
| Virginia limited liability company, | | |
| KRISTIAN E. WARNER, BENJAMIN | * | |
| F. WARNER, ANDREW M. WARNER, | | |
| and MONROE P. WARNER | * | |
| Defendants | | |
| * * * | * * | |

**MOTION TO INTERVENE**

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA:

COMES NOW, First United Bank and Trust, by and through its undersigned counsel, Schlossberg & Associates and Roger Schlossberg, and in support of its *Motion to Intervene*, hereby respectfully represents as follows:

1. Your Movant First United Bank and Trust ("First United") is a Maryland banking corporation with principal offices located in Oakland, Maryland.

2. As review of the *Complaint* filed by the Plaintiff PNC Bank (hereinafter "PNC") will reveal, the same seeks, *inter alia*, the appointment of a Receiver for all of that improved real property owned by the Defendant Augusta Apartments, LLC ("Augusta") located at 49 Falling Run Road, Morgantown, West Virginia 26505 (the "Realty").

3. As hereinafter detailed, your Movant First United is the holder of a duly perfected secured lien against the Realty. As such, your Movant First United respectfully urges that

disposition of the instant proceedings in the absence of First United as a party may, as a practical

matter, impair or impede First United's ability to protect its interest.  Accordingly, First United

respectfully urges that it is entitled to intervene as a matter of right pursuant to the provisions of

Federal Rule 24(a)(2).

3.  First United's interest in the Realty is predicated upon the loan by First United to the

Defendant Augusta on December 13, 2006 of the principal sum of $4,000,000.00 repayable

together with interest thereon and according to those terms and conditions set forth in a

*Promissory Note* and a separate *Business Loan Agreement*, both of that date (copies of which

said *Promissory Note* and *Business Loan Agreement* being attached hereto and incorporated by

reference as Exhibits 1 and 2, respectively).  The payment and performance of the obligations of

Augusta were secured by, *inter alia*, the lien of a *Credit Line Deed of Trust* dated December 19,

2008 and recorded among the Land Records of Monongalia County, West Virginia at Volume

1669, page 844 (a copy of which said *Credit Line Deed of Trust* being attached hereto and

incorporated by reference as Exhibit 3).  Further, certain other obligations of Augusta were

secured by a *Collateral Assignment of Rents and Leases* also dated December 19, 2008

conveying unto First United a security interest in certain rents and leases derived from the

Realty; which said *Collateral Assignment of Rents and Leases* is recorded among the Land

Records of Monongalia County, West Virginia at Volume 0103, page 445 (a copy of which said

*Collateral Assignment of Rents and Leases* being attached hereto and incorporated by reference

herein as Exhibit 4).

4.  As required by Federal Rule 24(c), a copy of the *Answer* proposed to be filed by First

United is attached hereto and incorporated by reference herein as Exhibit 5.

WHEREFORE, your Movant First United respectfully prays that this Honorable Court:

1.  GRANT the *Motion to Intervene*.

2.  PERMIT First United to intervene in the instant proceedings as a party Defendant.

3.  ORDER that the proposed *Answer* of First United be accepted for filing herein.

4.  ORDER such other and further relief as the nature of this cause and the interests of

justice may require.

Respectfully submitted,

SCHLOSSBERG & ASSOCIATES

By:    */s/ Roger Schlossberg*
     Roger Schlossberg
     W. Va. ID No. 7367
     134 West Washington Street
     P.O. Box 4227
     Hagerstown, MD 21741-4227
     Telephone: (301) 739-8610

     Attorney for Movant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February, 2010, that a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court.

*/s/ Roger Schlossberg*
Roger Schlossberg